# UNITED STATES BANKRUPTCY APPELLATE PANEL
# OF THE TENTH CIRCUIT

| | |
|---|---|
| IN RE TERRY A. SANOFF, also known as Terry Sanoff Bellus,<br><br>Debtor. | BAP No.   CO-05-049 |
| TERRY A. SANOFF,<br><br>Appellant,<br><br>v.<br><br>GLENN R. ANSTINE, Trustee, CHILD DEVELOPMENT CENTER OF COLORADO SPRINGS, INC., and UNITED STATES OF AMERICA (INTERNAL REVENUE SERVICE),<br><br>Appellees. | Bankr. No. 98-27830-MER<br>Chapter   7<br><br>ORDER TRANSFERRING APPEAL TO U.S. DISTRICT COURT<br><br>June 16, 2005<br><br>United States Bankruptcy Appellate Panel of the Tenth Circuit<br>A True Copy<br>Barbara A. Schermerhorn, Clerk<br>Attested by: _____<br>Deputy Clerk |

Child Development Center of Colorado Springs, Inc., an appellee in this appeal, has timely filed an objection to the disposition of this matter by this Court.

Pursuant to 28 U.S.C. § 158(c)(1) and Fed. R. Bankr. P. 8001(e), it is HEREBY ORDERED that:

(1) This appeal is transferred to the United States District Court for the District of Colorado.

(2) Any deadlines, notices of deficiency, or orders to show cause previously set by this Court are VACATED.

(3) Pending completion of the record, the case file is transmitted to the United States Bankruptcy Court. It is requested that the Bankruptcy Court acknowledge receipt of the case file listed

-2-

above by returning one copy of this order, signed in the space indicated below.

For the Panel:

Barbara A. Schermerhorn, Clerk of Court

By: *[signature]*
Deputy Clerk

Please acknowledge receipt of the case file listed above.

Dated:    06/20/05

Signed:   *Christine Eckhardt*
Bankruptcy Court Deputy Clerk

-2-