IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-1161 AP

IN RE:

TERRY A. SANOFF
                    Debtor

TERRY A. SANOFF

                    Appellant

v.

GLENN R. ANSTINE, Trustee, et al

                    Appellees

---

## ORDER TO CURE DEFICIENCY

---

Kane, Judge

Appellant submitted a Notice of Appeal on May 24, 2005 in the U.S. Bankruptcy Court

which contains a request to appeal in forma pauperis.  The court has determined that the

document is deficient as described in this order.  Appellant will be directed to cure the following

if she wishes to pursue this appeal.

**(A)     Filing Fee**
        ___     is not submitted

**(B)     Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28
         U.S.C. § 1915 and Fed. R. App. P. 24:**

1

X_  is not submitted
__  is missing affidavit
__  is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
__  is missing required financial information
__  is missing an original signature by the prisoner
__  is not on proper form (must use the court's current form)
__  other_____

Accordingly, it is

ORDERED that Appellant cure the deficiencies designated above within thirty (30) days from the date of this order.  Any papers that Appellant files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the clerk of the court mail to Appellant, together with a copy of this order, an original and one copy of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915.  It is

FURTHER ORDERED that, if Appellant fails to cure the designated deficiencies within thirty (30) days from the date of this order, the appeal may be dismissed.

DATED at Denver, Colorado this 23rd day of June, 2005

BY THE COURT:


S/JOHN L. KANE_____
JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO