IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01161-OES

IN RE TERRY A. SANOFF, also known as
TERRY SANOFF BELLUS,

    Debtor.

TERRY A. SANOFF,

    Appellant,

v.

GLENN R. ANSTINE, Trustee,
CHILD DEVELOPMENT CENTER OF COLORADO SPRINGS, INC., and
UNITED STATES OF AMERICA (INTERNAL REVENUE SERVICE),

    Appellees.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 1 0 2005

GREGORY C. LANGHAM
CLERK

## ORDER DISMISSING APPEAL

Debtor-Appellant Terry A. Sanoff is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Denver Women's Correctional Facility. On May 24, 2005, she filed in the United States Bankruptcy Court pursuant to 28 U.S.C. § 158 (1993 & Supp. 2005) a document titled "Notice of Appeal of Order Dated 4/25/05 Denying Debtor's 60(b) Motion Etc. and Request for Stay." In the May 24 document, she asks to appear *in forma pauperis*, requests the proper forms to proceed *in forma pauperis*, and asks that the distribution of the assets of the estate be stayed until the conclusion of the appeal.

On June 16, 2005, in response to Appellee Child Development Center of Colorado Springs, Inc.'s timely objection to the disposition of this matter by the

bankruptcy court, that court entered an order pursuant to 28 U.S.C. § 158(c)(1) and Fed. R. Bankr. P. 8001(e) transferring the appeal to this Court. On June 21, 2005, the bankruptcy court informed Ms. Sanoff that the designation of record and statement of issues was due on or before July 1, 2005. On June 23, 2005, this Court ordered Ms. Sanoff to cure a deficiency in the case by submitting within thirty days a Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24.

Ms. Sanoff has failed within the time allowed to submit a designation of record and statement of issues. A query of the bankruptcy case indicates that no motion for extension of time was filed. Ms. Sanoff also has failed within the time allowed to submit a Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. Accordingly, it is

ORDERED that the appeal is dismissed with prejudice for failure to cure and for failure to prosecute. It is

FURTHER ORDERED that the motions to dismiss appeal filed on June 28 and 29, 2005, and on July 12, 2005, are denied as moot. It is

FURTHER ORDERED that the motion for withdrawal of counsel filed on July 29, 2005, is granted.

DATED at Denver, Colorado, this 9 day of Aug., 2005.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2